# Court of Appeals
# of the State of Georgia

ATLANTA,___July 02, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0415.  ALBERT G. BANTLEY v. NLP FINANCE, LLC, et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that the application be hereby DENIED.

Applicant's motion to stay proceedings on the application is also DENIED.

In addition, Appellee's motion to dismiss the application is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/02/2013_____
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*